

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00406-CV

Rosie **STRAIT**,
Appellant

v.

**WESTLAND SA 1 LLC RIDGE AT SOUTHCROSS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV03039
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: October 30, 2024

DISMISSED FOR WANT OF PROSECUTION

On August 15, 2024, this court received appellant's pro se brief. We struck appellant's brief because it failed to comply with numerous provisions of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4, 9.5, 38.1. We ordered appellant to file an amended brief on or before September 19, 2024. Our order explained that if appellant failed to file an amended brief by the date ordered, then her appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant has failed to file her brief or otherwise respond to our order. Therefore, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM